IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE J. GRIFFIN, JR.,
    Petitioner,

vs.                                             Case No.: 3:11cv513/LAC/EMT

ATTORNEY GENERAL OF THE
STATE OF FLORIDA,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 4, 2011 (doc. 4).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This habeas action is **DISMISSED** for lack of jurisdiction.

3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 28th day of November, 2011.


                                                       s/_L.A. Collier_
                                                       **LACEY A. COLLIER**
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**